IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA       :

v.                      :      CRIMINAL NO. RDB-26-110

JAMES PHILLIP APPEL       :

                       :

## SCHEDULING ORDER

The following schedule is hereby entered to govern the course of further proceedings in this case:

1. All motions, except motions *in limine*, shall be filed by **August 7, 2026.** Motions *in limine* shall be filed by the date of the pretrial conference.

2. A motions hearing will be scheduled **if needed** in Courtroom 5D.

3. A pretrial conference will be held **February 1, 2027 at 4 p.m.**, in Chambers 5D. By that date, pursuant to Local Rules 210 and 106.7, counsel shall attach tags to all exhibits and meet for the purpose of pretrial review of exhibits, except those to be used solely for impeachment. The parties requested *voir dire* and requested jury instructions shall be submitted at the time of the pretrial conference.

    a. Defendant(s) need not submit requested jury instructions that copy the Government's requested instructions and as to which the Defendant(s) agree with the Government.

    b. Defendant(s) shall note any objections to the Government's requested jury

instructions.

c. Requested instructions shall be patterned on <u>L. Sand, et al., Modern Federal Jury Instructions</u>, and submitted in the text of the instruction requested, noting reference to <u>Sand</u>.  Requests which simply reference the numbers assigned by <u>Sand</u> are not sufficient, unless the request seeks a non-substantive instruction.

COUNSEL MUST BE SURE TO NOTE THAT:

(1)   Any request for an instruction based on a printed text shall be submitted in the form of a photocopy of the printed page with the appropriate interlineation.

(2)    Any request based upon a precedent or other authority shall attach a copy of the page(s) relied upon.

(3)   Objections to a requested jury instruction may be made by submitting a marked copy of the request.

d.  Requested *voir dire* and jury instructions shall also be submitted on disk, as well as a copy emailed to Chambers at: **MDD_RDBChambers@mdd.uscourts.gov.**

4.  The one-week Jury Trial will commence on **February 8, 2027 at 9:30 a.m**. in Courtroom 5D.  Counsel should be in Court at 9:30 a.m. to address miscellaneous matters prior to the commencement of jury selection.  Counsel are reminded to review the provisions of Local Rules 211 and 107.9 concerning courtroom etiquette.

No changes in the schedule set forth above will be permitted unless authorized by the

Court for good cause shown.  Any such requests, either stipulated or *ex parte*, must be by motion and filed with the Clerk.  No letters directed to Chambers will be effective to change this schedule, except for an initial letter request made not more than 10 days from the date hereof.

It is SO ORDERED this 11th day of May, 2026.

/s/
_____
Richard D. Bennett
United States District Judge